tion by Florence A. Ryan against the Central New York Telephone & Telegraph Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

RYAN, Respondent, v. HALLIGAN, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Anna F. Ryan against John J. Halligan, executor, etc. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff stipulates, within 20 days, to reduce the verdict to $500, in which case judgment and order affirmed, without costs.

RYAN v. HALLIGAN. (Supreme Court, Appellate Division, Third Department. November 27, 1907.) Action by Anna F. Ryan against John J. Halligan, as executor, etc., of Catherine Clark, deceased. No opinion. Motion denied.

RYAN, Respondent, v. PENNSYLVANIA COAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by John A. Ryan, as administrator, etc., of John J. Ryan, deceased, against the Pennsylvania Coal Company. No opinion. Judgment and order unanimously affirmed, with costs.

SAMMARITANO, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Vincenzo Sammaritano against the Interurban Street Railway Company. B. H. Ames, for appellant. C. O. Maas, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN and LAMBERT, JJ., dissent.

SCHIEFER, Appellant, v. FREYGANG et al., Respondents. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Bertha Schiefer against Minna Freygang and others. L. M. Berkeley, for appellant. G. W. Files, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHLESINGER v. BUTCHER et al. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Leo Schlesinger, as receiver, against Edward Butcher, impleaded. No opinion. Motion granted, with $10 costs. Order filed.

SCHRADER, Respondent, v. ELIAS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 16, 1907.) Action by John Schrader, an infant, etc., against Gabriel Elias and another. No opinion. Judgment and order affirmed, with costs.

SCHULTZ, Respondent, v. YVELIN, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by William Schultz against Cordelia E. Yvelin. No opinion. Judgment of the County Court of Nassau county affirmed, with costs.

In re SCOTT'S ESTATE. (Supreme Court, Appellate Division, First Department. November 8, 1907.) In the matter of the estate of Rebecca B. Scott, deceased. No opinion. Decree affirmed, with costs. Order filed.

In re SEA BEACH RY. CO. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) In the matter of the application of the Sea Beach Railway Company to compel the payment of an award, etc., for opening Third avenue from Sixtieth street to the Shore Driveway, etc. No opinion. Order affirmed, with $10 costs and disbursements.

SELLECK, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Robert R. Selleck against the Brooklyn Heights Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

RICH, J., dissents.

SELLEY et al., Respondent, v. IRISH INDUSTRIAL EXPOSITION & AMUSEMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Edwin J. Selley and another against the Irish Industrial Exposition & Amusement Company. T. M. Tyng, for appellant. L. M. Berkeley, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 53 Misc. Rep. 46, 102 N. Y. Supp. 1006.

SHAPIRO et al., Appellants, v. FRIEDMAN, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Abraham Shapiro and another against Adolph Friedman. No opinion. Judgment of the Municipal Court affirmed, with costs.

SHEEHAN v. MARTIN et al. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Action by Dennis E. Sheehan against Joseph Martin and another. No opinion. Motion dismissed, with $10 costs. Order filed.

SHOEMAKER, Respondent, v. SECURITY MUT. LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Henry Shoemaker against the Security Mutual Life Insurance Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SMITH, P. J., dissents.

In re SILKMAN et al. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) In the matter of the accounting of Theodore H. Silkman, James G. Shaw, and J.